UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
OCT 25 2022
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INFORMATION** |
| Plaintiff, | 18 U.S.C. § 1349 |
| v. | CR 22-288 JNE |
| BRADLEY HANS RATGEN, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Conspiracy to Commit Health Care Fraud)

From at least in or about 2015 and continuing thereafter through at least December 2021, in the State and District of Minnesota and elsewhere, the defendant,

**BRADLEY HANS RATGEN**,

did willfully and knowingly conspire, combine, and agree with other persons known and unknown, to violate Title 18, United States Code, Section 1347, that is, to execute and attempt to execute a scheme and artifice to defraud a health care benefit program affecting commerce, as defined in Title 18, United States Code, Section 24(b), that is, automobile insurance policies provided pursuant to the Minnesota No-Fault Automobile Insurance Act, and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, and concealment of material facts, any money and property owned by, and under the custody


SCANNED
OCT 25 2022
U.S. DISTRICT COURT MPLS

U.S. v. BRADLEY H. RATGEN

and control of, said health care benefit program, in connection with the delivery of and payment for health care benefits, items, and services, in that the defendant, an attorney, represented a person he knew to have been illegally recruited, in violation of Minnesota law, to be a chiropractic patient in that person's threatened bodily injury lawsuit against an automobile insurance company.

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE ALLEGATIONS

Upon conviction of Count 1 of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(7) any property, real or personal, that constitutes or is derived from proceeds traceable to the violations of Title 18, United States Code, Section 1349.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

Date: October 25, 2022

ANDREW LUGER
United States Attorney

*s/David J. MacLaughlin*
By: HARRY M. JACOBS
DAVID J. MACLAUGHLIN
Assistant U.S. Attorney