# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE, ARRAIGNMENT, AND PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 22-cr-288(1) (JNE)<br>Date: November 17, 2022<br>Court Reporter: Brittany Blesener<br>Courthouse: Minneapolis<br>Courtroom: 12W<br>Time Commenced: 9:35 am<br>Time Concluded: 10:24 am<br>Time in Court: 49 Minutes |
| BRADLEY HANS RATGEN, Defendant. | |

Before Joan N. Ericksen, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
  For Plaintiff:   Harry Jacobs, Assistant U.S. Attorney
  For Defendant:   Kevin C. Riach    ☐ FPD   ☐ CJA   ☒ Retained   ☐ Appointed

PROCEEDINGS:
  ☒ **Arraignment** on ☒ Information, ☐ Indictment
  ☒ **Change of Plea Hearing.**
  ☒ **Initial Appearance.**
  ☒ Indictment waived.

  ☒ PLEA:
      ☒ Guilty as to Count(s):   1 of the Information

  ☒ Presentence Investigation and Report requested.
  ☒ Released on $25,000 unsecured bond with conditions. See Order Setting Conditions of Release.

s/ JWHG<br>Law Clerk